UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Liability Litigation MDL No. 1431

This Document Relates to:

Joseph Messina v. Bayer A.G. et al. Civil No. 02-157

---

This matter is before the Court on Plaintiff's motion to be moved to Phase IV, pursuant to Pretrial Order No. 149, Section I.D. Defendants do not oppose the motion. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to be moved to Phase IV pursuant to Pretrial Order No. 149, Section I.D. is GRANTED.

Date: March 14, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court