**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Joseph A. Messina, Jr., v. Bayer AG, et al.* | : | Case No. 02-0157 |

**DEFENDANT BAYER CORPORATION'S**
**NOTICE OF MOTION AND MOTION FOR DISCOVERY SANCTIONS**

PLEASE TAKE NOTICE that Defendant Bayer Corporation moves the Honorable Judge Susan Richard Nelson, United States District Court, U.S. Courthouse, Suite 9E, 300 South Fourth Street, Minneapolis, Minnesota, under Fed. R. Civ. P. 37(b)(2) and 37(d), to dismiss with prejudice the claims of Plaintiff Joseph Messina and to order Plaintiff's counsel to assume liability for the cost of court reporting services. These sanctions are appropriate in light of Plaintiff's failure to comply with Pretrial Order No. 149.

Dated: May 16, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
Jennifer A. Foster
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Bayer Corporation*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendant's Motion for Discovery Sanctions, supporting memorandum, proposed order, and exhibits were electronically filed and served on May 16, 2007.

[signature]
_______________________________