# Exhibit 1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | * | MDL No. 1431 |
| | * | (MJD) |
| This Document Relates to: | * | |
| | * | |
| JOSEPH MESSINA, v. | * | Case No. 02-cv-0157 |
| BAYER CORP., et al. | * | |
| | * | |

**NOTICE OF DEPOSITION OF**
**PLAINTIFF JOSEPH MESSINA, JR.**

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition of JOSEPH MESSINA, JR. will take place on April 30, 2007 at 9:00 a.m. at the law offices of Chaffe McCall, LLP, 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163. The deposition will be stenographically recorded by a court reporter authorized to administer oaths and will continue day to day, excluding Saturdays, Sundays and holidays, until completed.

You are invited to attend and cross-examine.

Dated: April 13, 2007

**CHAFFE MCCALL, L.L.P.**

By: ______________________
John F. Olinde (Bar No. 1515)
Charles P. Blanchard (Bar No. 18798)
Peter J. Rotolo (Bar No. 21848)
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
(504) 585-7000

*Attorneys for Defendant Bayer Corporation*



MESSINA
EXHIBIT NO. 1
HUFFMAN & ROBINSON, INC.
COURT REPORTERS

**Of Counsel:**

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

**CERTIFICATE OF SERVICE**

Copies of the foregoing were sent on this 13th day of April, 2007, via electronic mail and U.S. mail, postage prepaid, to:

Elizabeth Ann Morrison
ccdlaw@aol.com
Morrison Law Office
416 Gravier Street
New Orleans, Louisiana 70130

Frank C Dudenhefer, Jr.
John J Cummings, III
ccdlawfirm@aol.com
Cummings Cummings Dudenhefer & Martin
416 Gravier Street
New Orleans, Louisiana 70130

Deanna D. Dailey, Esq.
baycol@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

*Attorneys for Plaintiffs*

Fred T Magaziner
cheryl.inwek@dechert.com
Dechert Price & Rhoads
40th Flr., Bell Atlantic Tower
1717 Arch St.
Philadelphia, Pennsylvania 19103

E. Paige Sensenbrenner
paige.sensenbrenner@arlaw.com
Adams & Reese
701 Poydras St., Ste. 4500
New Orleans, Louisiana 70139

Scott A. Smith
Tracy J. Van Steenburgh
cwochnick@halleland.com
tvan@halleland.com
Halleland Lewis Nilan & Johnson PA
220 S. 6th Street, Ste. 600
Minneapolis, MN 55402-4501

*Attorneys for Smithkline Beecham Corporation*

# Exhibit 2

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re BAYCOL PRODUCTS LITIGATION

JOSEPH MESSINA, ET AL *
* MDL NO. 1431
VERSUS * (MJD)
*
BAYER CORPORATION, ET AL * Case No.
* 02-cv-0157
*
* * * * * * *

ORIGINAL

Proces verbal for the taking of the deposition of JOSEPH MESSINA, taken in the Law Offices of Chaffe McCall, LLP, 1100 Poydras Street, Suite 2300, New Orleans, Louisiana 70163, commencing at 9:30 a.m., on Monday, the 30th day of April, 2007.

APPEARANCES:

CHAFFE McCALL, LLP
(By: Peter J. Rotolo, Esquire)
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163
(Attorneys for Defendant, Bayer Corporation)

REPORTED BY:

Deanna Mancuso, CCR
Certified Court Reporter
Huffman & Robinson, Inc.
One Shell Square, Suite 250 Annex
New Orleans, Louisiana 70130
(504) 525-753 (800) 749-1753

EXHIBITS

Exhibit Number 1
Notice of Deposition

Exhibit Number 2
Correspondence to Larson King

Exhibit Number 3
E-mail to Larson King

P R O C E E D I N G S

MR. ROTOLO: My name is Peter Rotolo representing Bayer Corporation and I'm here today to take the deposition of Joseph Messina which was noticed for 9:00 a.m. on today, April 30th, 2007 at my office of Chaffe McCall here in New Orleans. It is presently 9:30 a.m. and there is no lawyer for Mr. Messina present.

Mr. Messina has not shown up and I am here prepared and ready to take his deposition. The deposition was noticed on April 13th of 2007 for today's date at 9:00 a.m. here at our office, and I will mark the notice of deposition as Exhibit 1. It was mailed to the Larson King Law Firm as well as his local attorneys' law firm, Cummings, Cummings and Dudenhefer, both by e-mail and U.S. mail on April the 13th of 2007 and I will attach the April 13th, 2007 letter to the Larson King firm cc'ing his local firm of Cummings, Cummings and Dudenhefer as Exhibit 2 for the record.

It was also e-mailed to those individuals on the same date, April 13th, 2007, and I will attach as Exhibit 3 both the e-mail cover sheet that enclosed the letter and the notice of deposition as well as the return receipt on the e-mail indicating that they had received it.

Up until this time, being around 9:30 a.m. on April 30th, 2007, we have received no communication either from the Larson King firm or the local firm of Cummings, Cummings, Dudenhefer which are listed as counsel of record for Mr. Messina in this matter, nor have we heard from Mr. Messina himself. We are ready to proceed and he has not made an appearance or has his counsel.

Bayer reserves the right to seek relief that it may be entitled to for the non-appearance of Mr. Messina and his counsel, including but not limited to, dismissal of this action with prejudice and all appropriate monetary sanctions, including the cost of the

court reporter for this non-appearance.

(Whereupon, the proceedings were concluded.)

* * * *

REPORTER'S CERTIFICATE

I, Deanna Mancuso, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that I am not related to counsel or the parties hereto, nor am I otherwise interested in the outcome of this matter.

OFFICIAL SEAL
DEANNA MANCUSO
Certified Court Reporter
In and for the State of Louisiana
Certificate Number 95005
Certificate Expires 12-31-07

DEANNA MANCUSO
Certified Court Reporter (No. 95005)
Huffman & Robinson, Inc.
One Shell Square, Suite 250 Annex
New Orleans, Louisiana 70130
(504) 525-753 (800) 749-1753

# Exhibit 3

21761

# HUFFMAN & ROBINSON, INC.

CERTIFIED COURT REPORTERS
ONE SHELL SQUARE, SUITE 250 ANNEX
NEW ORLEANS, LOUISIANA 70139
(504) 525-1753
(800) 749-1753

May 14, 2007

NO. 0705077

MAN

MEMBER: NATIONAL COURT REPORTERS ASSOCIATION
TAX ID. NO. 72-1172593
NET 30 DAYS

TO:

Chaffe, McCall, Phillips, Toler
& Sarpy, L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300
ATTN: Charles P. Blanchard, Esq.

208021

IN RE:

Joseph Messina, et al vs. Bayer Corporation, et al
USDC, NO. 02-CV-0157, MDL NO. 1431(MJD)

---

Furnishing the original and one copy of a PROCES-VERBAL taken on Monday, April 30, 2007.
(Joseph Messina)

TOTAL $ 125.00

*Thank You*

PLEASE RETURN **YELLOW** COPY WITH REMITTANCE