**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/SRN)

This Document Relates to:

*Joseph Messina*
*v. Bayer A.G., et al.* Case No. 02-0157

**MEMORANDUM IN RESPONSE TO DEFENDANT BAYER CORPORATION'S MOTION FOR DISCOVERY SANCTIONS**

Defendant Bayer Corporation filed a Motion for Discovery Sanctions in the above-entitled matter on May 16, 2007, because Plaintiff Joseph Messina failed to appear for his scheduled April 30, 2007, deposition. On May 24, 2007, Bayer withdrew its request for court reporter costs after Plaintiff's counsel advised that they had notified defense counsel before the deposition that Plaintiff could not be located and would therefore not appear for the April 30 deposition. Bayer thus seeks dismissal with prejudice of this lawsuit.

In response to this Motion, Plaintiff's counsel advises the Court that Plaintiff's counsel has been unable to locate Plaintiff despite multiple, diligent efforts including performing skip traces.[1] The original referring attorney has also been unable to locate Plaintiff.[2] Based upon information and belief, Plaintiff may have been displaced by Hurricane Katrina. Plaintiff's failure to appear for his deposition is a result of counsel's inability to locate him, not lack of effort or for obstructionist purposes on the part of counsel.

---

[1] If the Court desires, counsel of record is willing to provide an *in camera* recitation of its efforts to contact Plaintiff.

Dated: June 6, 2007

Respectfully submitted,

__/s/ signature on file________________

Shawn M. Raiter (#240424)
Jennifer G. Daugherty (#0338552)
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, MN 55101-4922
(651) 312-6500

*Counsel for Plaintiff*

[2] See footnote 1.

**Certificate of Service**

I certify that on June 6, 2007, I electronically served a true and correct copy of the above document to all attorneys of record and liaison counsel.

_____/s/ signature on file_____________
Nicole R. Miller